DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GIRLETTA MYERS** and **WINSTON MYERS,**
Appellants,

v.

**U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST** and **ESTANCIA PROPERTY OWNERS ASSOCIATION, INC.,**
Appellees.

No. 4D19-2291

[July 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE-17-001157.

S. Alan Johnson of S. Alan Johnson Law LLC, Fort Myers, for appellant.

David Rosenberg and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust.

PER CURIAM.

*Affirmed.*

GROSS, ARTAU, JJ., and SCHOSBERG FEUER, SAMANTHA, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***